# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITO C. ANABEZA, | Case No. 1:16-cv-01193-SKO |
| Plaintiff, | **ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CAROLYN W. COLVIN, | (Doc. 2) |
| Acting Commissioner of Social Security, | |
| Defendant.                    / | |

### ORDER

Plaintiff Charito C. Anabeza, appearing *in propria persona*, filed a complaint on August 11, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application fails to set forth answers to question number 2(a) regarding income received from her current employment, pay period, and the name and address of her employer, and fails to set forth an answer to question number 3(c) regarding receipt of any money in disability or workers compensation payments in the last 12 months.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 28 days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to <u>all</u> applicable questions, including questions number 2 and 3; and

2. The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this order and a new *in forma pauperis* application form.

IT IS SO ORDERED.

Dated:   **August 18, 2016**                        /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE