# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITO C. ANABEZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant.　　　　／ | Case No. 1:16-cv-01193-SKO<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

**ORDER**

Plaintiff Charito C. Anabeza, appearing *in propria persona*, filed a complaint on August 11, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Docs. 1, 2). On August 18, 2016, the Court ordered Plaintiff to file an amended application to proceed *in forma pauperis* that responded all questions contained on the application form. (Doc. 3.) Plaintiff filed her amended application to proceed *in forma pauperis* on August 23, 2016. (Doc. 4.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended application to proceed *in forma pauperis* (Doc. 4) is GRANTED[1];

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **August 28, 2016**　　　　　　　　　　/s/ *Sheila K. Oberto*

---

[1] Plaintiff's original application to proceed *in forma pauperis* (Doc. 2) is DENIED as MOOT.

UNITED STATES MAGISTRATE JUDGE