# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITO C. ANABEZA,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 1:16-cv-01193-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF**<br><br>(Docs. 7 & 8) |

On May 25, 2016, Plaintiff, proceeding *in pro per* and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of her application for benefits. (Doc. 1.)

The Court entered a Scheduling Order on August 29, 2016 (Doc. 7), setting the deadline for Plaintiff to file her opening brief to "within thirty (30) days of service" of Defendant's response to Plaintiff's confidential letter brief. (*See id.* at ¶ 6.) On August 30, 2016, Plaintiff was served with an Informational Order for Pro Se Litigants. (Doc. 8) The Informational Order detailed Plaintiff's responsibilities as a pro se litigant, including the substantive requirements of an opening brief and reiterated the deadline for filing the brief. (Doc. 8, p. 2.) Plaintiff was further advised of the deadlines for the Commissioner's responsive brief and for any reply brief. (*Id.*, p. 3.) These deadlines were also set forth on page 3 of the Informational Order which was served on

Plaintiff. (*Id.*)

Pursuant to the Scheduling Order and the Informational Order, Plaintiff's opening brief was due **April 24, 2017 --** 95 days from service of the administrative record on January 19, 2017. (Docs. 7 & 8.) On April 24, 2017, Plaintiff failed to file and serve her opening brief with the Court and on opposing counsel. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order and Informational Order. (Docs. 7 & 8.). Alternatively, Plaintiff may file an opening brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **June 30, 2017**, Plaintiff shall **either**:
    a. file a written response to this Order to Show Cause; **or**
    b. file an Opening Brief that conforms with the requirements set forth in the Informational Order.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **June 13, 2017**        /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE